ACCEPTED
06-14-00131-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 12:10:45 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00131-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 12:10:45 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| CORNELL MCHENRY, | § | ON APPEAL FROM THE |
| Appellant | § | |
| | § | 202ND JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY |
| Appellee | § | TEXAS |

**MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and pursuant to Texas Rules of Appellate Procedure and hereby requests a thirty (30) day extension of the time period for the filing of the State's Brief and in support of the same should show the Court as follows:

I.

1. This case is pending from the 202ND Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Cornell McHenry, Cause No. 12F0117-202.

3. Appellant was found guilty to the offense of Possession of a Controlled Substance and sentenced to twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice and a $5,000 fine.

5. Appellant's Brief was filed on January 21, 2015 making the State's Brief originally due on or about February 20, 2015.

6. The State not previously requested an extension of time for filing a brief.

7. The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Pre-trial conferences and trial preparation on State of Texas v. Antonio Cochran, 14F0151-202-Sexual Assault, with jury selection and trial beginning January 20, 2015. Trial lasted from January 20-21, 2015.
- Preparation for the trial and pre-indictment dockets for the 202nd District Court on February 2, 2015.
- Preparation and attendance at the Grand Jury Proceedings on February 5, 2014.
- Preparation for the trial and pre-indictment dockets for the 202nd District Court on February 13, 2015.
- Pre-trial conferences and trial preparation on State of Texas v. Pryce Brooks, 13F0871-202, Sexual Assault of a Child, with jury selection scheduled for February 17, 2015. Defense motion for continuance filed and granted on February 13, 2015.

- Preparation of brief on Lyndon Anderson, 06-14-00168-CR, which due on February 19, 2015 and was filed on February 18, 2015.

II.

The State's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

**PRAYER**

WHEREFORE, on the bases of Rule 73 of the Texas Rules of Appellate Procedure, the State respectfully requests this Court to grant the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

__/s/ Lauren N. Sutton______
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Bart Craytor, counsel for Appellant, on this the 20th day of February, 2015.

__/s/ Lauren N. Sutton______
LAUREN N. SUTTON